SEAVIEW DEMOLITION & RENTAL CO., INC. v.
DIRECTOR, DIVISION OF TAXATION.

May 22, 1984.

Petition for certification denied.


JOHN SLOHODA v. UNITED PARCEL SERVICE, INC.

May 22, 1984.

Petition for certification denied.


COMMUNITY ADVERTISING CORPORATION v. THE COLUMBUS
MUTUAL LIFE INSURANCE COMPANY.

May 22, 1984.

Petition for certification denied.


SELMA PRAGER v. NEIL PRAGER.

May 22, 1984.

Petition for certification denied.